UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMPDM, LLC,<br><br>        Defendant. | Case No. 21-cv-03922-JST<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RE-OPEN CASE**<br><br>Re: ECF No. 14 |

On July 7, 2021, Plaintiff Scott Johnson filed a notice of settlement indicating "that a provisional settlement has been reached" and requesting that all currently set dates be vacated. ECF No. 12. Johnson further represented an "expectation that the settlement will be consummated within the coming sixty (60) days." *Id.* The Court dismissed the case that same day but provided that the dismissal would "be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within sixty days of the date of this order." ECF No. 13.

On November 4, 2021, Johnson filed a motion to set aside the dismissal order and re-open this case. ECF No. 14. Although the motion was filed more than 60 days after the Court's July 7, 2021 order, the Court nonetheless finds good cause to grant relief. The Clerk shall re-open this case and, except as noted below, the case shall proceed as if the July 7, 2021 dismissal order were never entered.

Johnson shall serve a copy of this order on Defendant AMPDM, LLC, and file a proof of service no later than January 20, 2022.

/ / /

/ / /

1  This case will continue to be governed by General Order 56, except that all deadlines in
2  that order based on "service of the complaint" shall now be calculated based on the date that
3  Johnson files proof of service of this order.

4  **IT IS SO ORDERED.**

5  Dated:  January 14, 2022



JON S. TIGAR
United States District Judge